■ In the Matter of Town of Brighton, Respondent, v Brighton Police Patrolman's Association, Appellant. [788 NYS2d 882]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered March 15, 2004 in a proceeding pursuant to CPLR article 75. The order granted the petition to stay arbitration.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.